United States District Court
Southern District of Texas
FILED

NOV 16 2021

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Criminal No. M-21-2239 |
| SARAH ELISEA RUBIO | § | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### Count One

On or about April 3, 2020, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**SARAH ELISEA RUBIO**

did knowingly possess material containing child pornography, that had been mailed, shipped and transported in interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B), 2252A(b)(2), and 2256.

### Count Two

On or about April 3, 2020, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**SARAH ELISEA RUBIO**

did knowingly distribute material that contained child pornography using any means and facility of interstate and foreign commerce, including by cellular telephone.

In violation of Title 18, United States Code, Sections 2252A(a)(2)(B), 2252A(b)(1) and 2256.

## NOTICE OF FORFEITURE
## 18 U.S.C. § 2253(a)

Pursuant to Title 18, United States Code, Section 2253(a)(2) and (a)(3), the United States gives notice to defendant,

**SARAH ELISEA RUBIO**

that in the event of conviction for the offenses charge in the Indictment, the following is subject to forfeiture:

1. all property, real and personal, constituting or traceable to gross profits or other proceeds obtained from the offenses charged in the Indictment; and

2. all property, real and personal, used or intended to be used to commit or to promote the commission of the offenses charge in the Indictment, or any property traceable to such property, including, but not limited to, the following:

   - **One Samsung Cellular Phone Pink in Color**
   - **One Motorola Cellular Phone Black in Color**
   - **One Motorola Cellular Phone Black in Color with Clear Case**

A TRUE BILL

_____
FOREPERSON

JENNIFER B. LOWERY
ACTING UNITED STATES ATTORNEY

_[signature]_
_____
ASSISTANT UNITED STATES ATTORNEY