| U.S. Department of Justice<br>Washington, D.C.<br>11/10/2021/rs | Criminal Docket |
|---|---|

M-21-2206-M

McALLEN Division     CR. No. **M-21-2239**

**INDICTMENT**   Filed: November 16, 2021     Judge: **MICAELA ALVAREZ**

County: Hidalgo
Lions #: **2021R07980**

Attorneys:

UNITED STATES OF AMERICA     JENNIFER B. LOWERY, ACTING U.S. ATTORNEY

v.

MICHAEL L. MITCHELL, ASST. U.S. ATTORNEY

SARAH ELISEA RUBIO     Ct. 1     Richard B. Gould, FPD, (956) 630-2995
*Custody: 10/18/2021*

Charge(s):
- Ct. 1: Possession of child pornography.
  Title 18, United States Code, Sections 2252A(a)(5)(B), 2252A(b)(2), and 2256.
- Ct. 2: Distribution of child pornography.
  Title 18, United States Code, Sections 2252A(a)(2)(B), 2252A(b)(1), and 2256.

Total Counts **(2)**

Penalty:
- Ct. 1: Imprisonment for up to 20 yrs. and/or a fine not to exceed $250,000 and at least a 5 yr. to LIFE SRT
- Ct. 2: Imprisonment for not less than 5 yrs. up to 20 yrs. and/or a fine not to exceed $250,000 and at least a 5 yr. to LIFE SRT

Agency: Federal Bureau of Investigation- Jeremy Fisher – 3051-SA-3427921

Date     Proceedings