UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

United States District Court
Southern District of Texas
FILED
APR 06 2022
Nathan Ochsner, Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | Criminal No. M-21-2239-M |
| § | |
| SARAH ELISEA RUBIO § | |

## NOTICE OF PLEA AGREEMENT

COMES NOW the United States of America, hereinafter referred to as "the Government," by and through its United States Attorney for the Southern District of Texas and its Assistant United States Attorney assigned to this matter, and would respectfully show the Court that the Government and the Defendant have entered into the following plea agreement:

1. Defendant agrees:

    a. to plead guilty to Count One of the Indictment;

    b. to waive any and all interest in the assets listed in the Supplemental Notice of Forfeiture and to the judicial or administrative forfeiture of any and all devices in connection with the case, including but not limited to one Samsung Cellular Phone, and Two Motorola Cellular Phones seized in connection with this case. Defendant agrees to waive any and all procedural notice requirements for forfeiture;

    c. to execute Notification of the Sex Offender Registration and Notification Act; and

    d. to pay restitution as determined by the Court.

2. The Government will recommend:

    a. that the offense level decrease by 2 levels pursuant to U.S.S.G. § 3E1.1(a) if the defendant clearly demonstrates acceptance of responsibility; and

    b. that the remaining count of the Indictment be dismissed at the time of sentencing.

If the Defendant is not a citizen of the United States of America, a plea of guilty may result in removal from the United States, denial of citizenship and denial of admission to the United States in the future.

M-21-2239-M

This document states the complete and only Plea Agreement between the United States of America and the Defendant, and is binding only on the parties to this Agreement, and it supersedes all prior understandings, if any, whether written or oral, and cannot be modified other than in writing and signed by all parties or on the record in Court. No other promises or inducements have been or will be made to the Defendant in connection with this case, nor have any promises or threats been made in connection with this plea.

## NOTIFICATION OF THE SEX OFFENDER REGISTRATION AND NOTIFICATION ACT

I have also been advised, and understand, that under the Sex Offender Registration and Notification Act, a federal law, I must register and keep the registration current in each of the following jurisdictions: where I reside; where I am an employee; and where I am a student. I understand that the requirements for registration include providing my name, my residence address and the names and addresses of any places where I am or will be an employee or a student, among other information. I further understand that the requirement to keep the registration current includes informing at least one jurisdiction in which I reside, am an employee, or am a student not later than three (3) business days after any change of my name, employment, or student status. I have been advised, and understand, that failure to comply with these obligations subjects me to prosecution for failure to register under federal law, **18 U.S.C. §2250**, which is punishable by a fine or imprisonment, or both.

Date: 4-6-22                               Defendant: _____

## RESTITUTION

Defendant agrees to pay full restitution to the victim(s) regardless of the count(s) of conviction. Defendant understands the Court will determine the amount of full restitution to compensate all victim(s).

Defendant agrees that any fine or restitution imposed by the Court will be due and payable

M-21-2239-M

immediately, and defendant will not attempt to avoid or delay payment.

Date: 4-6-22    Defendant: _____

## ACKNOWLEDGMENTS:

I have read this agreement and carefully reviewed every part of it with my attorney. If I have difficulty understanding the English language, I have had a person fluent in the Spanish language interpret this agreement to me.

Date: 4-6-22    Defendant: _____

I am the Defendant's counsel. I have carefully reviewed every part of this agreement with the Defendant. I certify that this agreement has been translated to my client by a person fluent in the Spanish language if my client is unable to read or has difficulty understanding the English language.

Date: 4-6-22    _____
Counsel for Defense

For the United States of America:

Jennifer B. Lowery
United States Attorney

_____
Michael L. Mitchell
Assistant United States Attorney

APPROVED BY:

_____
Angel Castro
Assistant United States Attorney in Charge